FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BILLY EDWARD TOYCEN, | No. 1:22-cv-3190-MKD |
| Plaintiff, | ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING ACTION |
| v. | |
| YAKIMA COUNTY JAIL, CITY OF YAKIMA MUNICIPAL COURT, YAKIMA COUNTY DISTRICT COURT, YAKIMA COUNTY SUPERIOR COURT, and U.S. DISTRICT COURT, | |
| Defendants. | |

By Order filed February 1, 2023, the Court directed Plaintiff Billy Edward

Toycen who had filed this *pro se* civil rights complaint while incarcerated at the

Yakima County Jail, ECF No. 1, to show cause why his application to proceed *in*

*forma pauperis* should be granted.  ECF No. 6 at 4.  In the alternative, Plaintiff was

instructed that he may pay the $402.00 fee ($350.00 filing fee, plus $52.00

administrative fee) for this action.  *Id.*  Plaintiff was cautioned that failure to do

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
DISMISSING ACTION - 1

1   either would be construed as his consent to the dismissal of this action without

2   prejudice for failure to comply with the filing fee requirements of 28 U.S.C. §

3   1914.  *Id.*

4          On February 1, 2023, a copy of that Order was mailed to the residential

5   address Plaintiff provided in Yakima, Washington.  ECF No. 6.  It was not

6   returned to the Court.  It is thus assumed that Plaintiff received it.  Nevertheless,

7   Plaintiff did not comply with the Court's directives and has filed nothing further in

8   this action.  He did not refute the Court's finding that he had filed three or more

9   actions that were dismissed as frivolous, malicious, or for failure to state a claim

10  upon which relief may be granted.  *See id.* at 3.

11         The Court finds that Plaintiff has failed to demonstrate that he is eligible to

12  proceed *in forma pauperis* under 28 U.S.C. § 1915(g), or that he was under

13  imminent danger of serious physical injury when he filed his Complaint.  *See*

14  *Andrews v. Cervantes*, 493 F.3d 1047, 1055-56 (9th Cir. 2007) (discussing

15  imminent danger exception to three-strikes rule).  Therefore, Plaintiff has lost the

16  privilege of filing this lawsuit *in forma pauperis*.

17         Although granted the opportunity to do so, Plaintiff did not pay the $402.00

18  filing fee to commence this action.  As a result, the Court dismisses this case

19  without prejudice for failure to comply with the filing fee requirements of 28

20  U.S.C. § 1914.

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS* AND
DISMISSING ACTION - 2

Therefore, **IT IS ORDERED**:

1.      Plaintiff's application to proceed *in forma pauperis,* **ECF No. 2**, is **DENIED.**

2.      This action is **DISMISSED WITHOUT PREJUDICE** for non-payment of the filing fee as required by 28 U.S.C. § 1914.

3.      The Court certifies that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order, enter judgment, provide copies to Plaintiff at his last known address, and **CLOSE** the file.

**DATED** March 16, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE